IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LARRY L. ROBINSON, #14000830,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:14-CV-2611-L** |
| | § | |
| **SHERIFF LUPE VALDEZ,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The case was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on September 16, 2014. Because Plaintiff has accumulated at least three strikes under 28 U.S.C. § 1915(g) and has not alleged that he is in imminent danger of physical injury, the Report recommends that the court dismiss this action with prejudice to the refiling of an *in forma pauperis* lawsuit but without prejudice to the refiling of a lawsuit with full payment of the $400 filing fee. Plaintiff filed objections to the Report on October 8, 2014.

Having reviewed the pleadings, file, record in this case, objections, and Report, the court determines that the findings and conclusions are correct, **accepts** them as those of the court, and **overrules** Plaintiff's objections. Accordingly, this action is **dismissed without prejudice** for failure to pay the requisite filing fee, and Plaintiff is **barred** from proceeding *in forma pauperis* while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

**Order – Page 1**

**It is so ordered** this 29th day of October, 2014.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Order – Page 2**